IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS HAULCOMB, #249168, | : |
|    Plaintiff, | : |
| vs. | :   CIVIL ACTION 19-0666-JB-MU |
| SAM COCHRAN, et al., | : |
|    Defendants. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 2, 2020 is **ADOPTED** as the opinion of this Court.

DONE this 1st day of May, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE